19,962-01,02

Ambassador
Robert Lee Helm Junior ⁻ᶜ
C/o W.P. Clements Unit
9601 Spur 591-[452859]
Amarillo, Texas Republic
[Near 79106-9606]

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

18th October 2015

Court of Criminal Appeals
C/o Abel Acosta (dba ABEL ACOSTA), Clerk
P.O. Box 12308, Capital Station
Austin, Texas 78711

Regarding: Ex Parte AL MUHAMMAD (aka HELM)
CCA No(s).: 19,962-01 & 19,962-02
Tr. Ct. No(s): WF79-4279-JL (W79-4279-L(A)) &
WF86-71404-KL (W86-71404-L(A))

Dear Hon. Clerk, ABEL ACOSTA,

This is Request for Cost to Obtain copy of Computer's printed-
out (each) of the above regarded ... Writ of Habeas Corpus.
Procedural History (Action taken/All date), thereof, Screens'
Recorded System of Your Computer's .. Showing thereon.

Please do, certify Your office "Computer Screens" ...
Printed-out, data-information showing thereon for
meaningful Access to Courts'. cf. Inre Bonilla, 424 SW3d 528.

Without said would deprived this prisoner of the a-
bility to apply for a habea corpus that included all pos-
sible grounds for relief and thereby denied said his
right to access the Courts. Prior letter (dated 18th Septem-
ber 2015) had a S.A.S.E. And please use same for
Your reply unto this letter of request for copies of
Computers Printed-out, information-Data(s) of Your office.

        Thank You for Your Audience/Addressing this
lawful matter-of-fact!

                        Respectfully Submitted
                        Robert Lee Helm Junior -ᶜ Ambassador
                        Robert Lee Helm Junior ⁻ᶜ
                        Ambassador National
                        Sui Juris

File: CCA/AA.2nd-L